# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**BARBRA E. HUDSON**                                                **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 1:18-CV-206-JCG**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and this matter is remanded to the Social Security Administration for further proceedings in accordance with this Court's Memorandum Opinion and Order.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Commissioner's decision is reversed and the matter is remanded to the Social Security Administration.

**SO ORDERED**, this the 8th day of July, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE